```
Michael J. Nader, SBN 200425
michael.nader@ogletree.com
Alexandra M. Asterlin, SBN 221286
alexandra.asterlin@ogletree.com
Kyle A. Wende, SBN 287728
kyle.wende@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, California 95814
Telephone: (916) 840-3150
Facsimile: (916) 840-3159
```

Attorneys for Defendant
CCFI COMPANIES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHOGANY LOVETTE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CCFI COMPANIES, LLC, dba CHECKSMART FINANCIAL LLC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANT CCFI COMPANIES, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>[Filed concurrently with Civil Case Cover Sheet; Notice of Removal; Declarations of Ariel Kumpinsky, Bridgette Roman, Donna Desilets and Kyle A. Wende; and Corporate Disclosure Statement]<br><br>Action Filed:   June 14, 2023<br>Trial Date:   TBD |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MAHOGANY LOVETTE, AND HER COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

could be substantially affected by the outcome of this proceeding:

    1. Checksmart Financial Company, a corporation incorporated under the laws of Delaware, is the sole member and owner of CCFI Companies, LLC.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no other conflict or interest (other than the named parties and any identified above) to report.

DATED: July 27, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ Kyle A. Wende*
     Michael J. Nader
     Alexandra M. Asterlin
     Kyle A. Wende

Attorneys for Defendant
CCFI COMPANIES, LLC

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Sacramento in the office of a member of the bar of this court at whose direction the service was made. My business address is 500 Capitol Mall, Suite 2500, Sacramento, California 95814. My email address is: elaine.blizzard@ogletree.com.

On July 27, 2023, I served the following document(s):

**DEFENDANT CCFI COMPANIES, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

BY MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid:

| | |
|---|---|
| HEATHER DAVIS | Attorneys for Plaintiff |
| heather@protectionlawgroup.com | MAHOGANY LOVETTE |
| AMIR NAYEBDADASH | |
| amir@protectionlawgroup.com | |
| CARLOS JIMENEZ | |
| carlos@protectionlawgroup.com | |
| PROTECTION LAW GROUP, LLP | |
| 237 California Street | |
| El Segundo, CA 90245 | |
| Telephone: (424) 290-3095 | |
| Facsimile: (866) 264-7880 | |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 27, 2023, at Sacramento, California.

_____
Elaine M. Blizzard