1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

MAHOGANY LOVETTE,

Case No.  3:23-cv-03755-JSC

Plaintiff,

8

9

v.

**ORDER RE: SUPPLEMENTAL BRIEFING**

10

CCFI COMPANIES LLC,

Re: Dkt. No. 16

11

Defendant.

12

13

Pending before the Court is Defendant's Motion to Compel Arbitration.  (Dkt. No. 16.)

14

Plaintiff may file a supplemental opposition brief to address any arguments arising from the

15

"Class, Collective and Private Attorney General Waiver Opt-Out Form," as Defendant provided

16

the form to Plaintiff in an untimely manner.  Plaintiff's supplemental brief is due October 5, 2023.

17

**IT IS SO ORDERED.**

18

Dated: September 12, 2023

19

20

_____

21

JACQUELINE SCOTT CORLEY
United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California