UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

IANA RODIONOVA, et al.,
Plaintiffs,
v.
ASIANA AIRLINES, INC., et al.,
Defendants.

Case No. 26-cv-02013-JSC

**ORDER**

Re: Dkt. Nos. 26, 27

On October 22, 2026, and after de novo review, the Court adopted Magistrate Judge Kang's Report and Recommendation to dismiss this action without prejudice. (Dkt. No. 24.) Judge Kang reasoned that this action is being filed and prosecuted on behalf of Mr. Firsov who is subject to a vexatious litigant prefiling order. (Dkt. No. 20.) Now pending before the Court is Plaintiff's motion for reconsideration (Dkt. No. 26) and motion for relief from judgment (Dkt. No. 27). Plaintiff improperly noticed the motions for hearing on November 19, 2026, far less than the 35 days required by the District's Local Rules. *See* N.D. Cal. Civ. 7-2(a). In any event, upon review of Plaintiff's motions, the Court determines oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), and VACATES the November 19, 2026 hearing. The motions are DENIED.

**A. Motion for Leave to File a Motion for Reconsideration**

Plaintiff contends she is entitled to leave to file a motion for reconsideration because of a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." N.D. Cal. Civ. L.R. 7-9(b). Not so. Judge Kang obviously considered the facts Plaintiff recites and many more facts Plaintiff simply ignores. Further, the Court considered Plaintiff's objections to Judge Kang's Report and Recommendation. (Dkt. No. 23.) New arguments made in support of the motion for leave to file

United States District Court
Northern District of California

a motion for reconsideration are waived, but also unpersuasive and wrong. The motion for leave is DENIED.

**B. Motion for Rule 60(b) Relief**

This motion, too, is DENIED as it merely repeats the arguments in support of the motion for leave to file a motion for reconsideration. And, it too ignores the myriad factual findings made by Judge Kang in support of his finding this action is being brought on behalf on Mr. Firsov in an attempt to avoid the vexatious litigant prefiling order. *See Firsov v. Scandinavian Airlines Sys. Denmark-Norway-Sweden,* No. 25-CV-03691-EMC, 2026 WL 1805737, at *1 (N.D. Cal. June 23, 2026), *amended,* No. 25-CV-03691-EMC, 2026 WL 2594584 (N.D. Cal. Aug. 21, 2026), *on reconsideration,* No. 25-CV-03691-EMC, 2026 WL 2568325 (N.D. Cal. Aug. 31, 2026).

This Order disposes of Docket Nos. 26, 27.

**IT IS SO ORDERED.**

Dated: November 16, 2026

JACQUELINE SCOTT CORLEY
United States District Judge